UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
00CV1493 JMR/FLN

Minnesota Mining and
Manufacturing Company,
a Delaware corporation,

v. ) DISQUALIFICATION ORDER

Doctors Research Group, Inc.,
a Connecticut corporation,

The above-captioned case has been assigned to the undersigned. This Court disqualifies itself from hearing this matter, pursuant to 28 U.S.C. §455. Accordingly, IT IS ORDERED that:

The Clerk of Court is directed to reassign this action pursuant to this Court's assignment of cases order, filed January 5, 1993.

Dated: June 26th, 2000

JAMES M. ROSENBAUM
United States District Judge

FILED JUN 27 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Please use new case

number 00-1493 JRT/FLN