**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

---

MINNESOTA MINING AND
MANUFACTURING COMPANY,

Plaintiff,

CIVIL ACTION NO. CV 00-1493-JMR/FLN

vs.

DOCTOR'S RESEARCH
GROUP, INC.,

Defendant.

---

**ORDER ~~(PROPOSED)~~**

Upon consideration of Defendant Doctor's Research Group, Inc.'s ("DRG") Unopposed Motion for Extension of Time to Respond to Complaint, it is ORDERED that this request is granted and that the due date for DRG's answer or other response to Minnesota, Mining and Manufacturing, Co.'s Complaint is changed to August 1, 2000.

SIGNED on July 18, 2000.

BY THE COURT:

[signature]

The Honorable Franklin L. Noel
United States Magistrate Judge

1966926v1



FILED JUL 18 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______