IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| MINNESOTA MINING AND MANUFACTURING COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>DOCTOR'S RESEARCH GROUP, INC.,<br><br>Defendant. | CIVIL ACTION NO. CV 00-1493 JMR/FLN |

CONSENT JUDGMENT AND PERMANENT INJUNCTION

Plaintiff Minnesota Mining and Manufacturing Company (hereinafter "3M Company') having filed its Complaint herein on June 19, 2000, and defendant Doctor's Research Group, Inc. (hereinafter "DRG") having consented to the entry of this Consent Judgment And Permanent Injunction, to be binding on DRG, its officers, agents, servants, employees, and attorneys, and upon those persons in active concert or participation with them who receive actual notice thereof by personal service or otherwise:

NOW, THEREFORE, upon consent of the parties hereto,

IT IS FOUND, ORDERED, ADJUDGED AND DECREED that final judgment in favor of 3M Company and against DRG be entered as follows:

1. This Court has jurisdiction over the parties hereto and has jurisdiction over the subject matter of Plaintiff's claim for relief pursuant to 28 U.S.C. § 1338(a). Venue is proper in this district.

FILED OCT 31 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD OCT 31 2000
DEPUTY CLERK

2. United States Letters Patent No. 4,852,684 (hereinafter "the '684 patent") issued to Thomas J. Packard by the U.S. Patent and Trademark Office on August 1, 1989, was assigned to 3M Company.

3. United States Letters Patent No. 4,913,259 (hereinafter "the '259 patent") issued to Thomas J. Packard by the U.S. Patent and Trademark Office on April 3, 1990, was assigned to 3M Company.

4. 3M Innovative Properties Company is now the owner of the '684 and '259 patents by assignment from 3M Company and has granted as exclusive license for these patents to 3M Company.

5. The '684 and '259 patents and all claims therein are valid and enforceable.

6. DRG has infringed at least one or more claims of the '684 patent by making, having made, selling, and using its soft-seal ear tips in the United States (hereafter referred to as the "Infringing Ear Tips") in the United States.

7. DRG has infringed at least one or more claims of the `259 patent by making, having made, selling, and using stethoscopes with the Infringing Ear Tips in the United States.

8. DRG and its officers, agents, servants, employees, and attorneys, and all those persons in active concert or in participation with them who receive actual notice hereof, by personal service or otherwise, are hereby permanently restrained and enjoined from directly, contributorily or by inducement, making, using, importing, offering to sell or selling the Infringing Ear Tips, stethoscopes with the Infringing Ear Tips, and products not colorably different than such stethoscopes and ear tips. This injunction shall be enforceable for the terms of the '684 and the '259 patents, as long as said patents are valid and enforceable.

9. DRG shall immediately provide to all persons selling its stethoscope products a copy of this Consent Judgment and Permanent Injunction.

10. This Consent Judgment And Permanent Injunction is a final adjudication on the merits. In the event of future disputes between the parties, this Consent Judgment And Permanent Injunction shall be *res judicata* and shall have collateral estoppel effect, including, for example, as to validity and enforceability of the '684 and '259 patents, even if the products in question are different.

11. DRG shall promptly give copies of this Consent Judgment and Permanent Injunction to all of its present and future subsidiaries, affiliates, directors, principals, representatives, successors and assigns as well as to those persons and entities identified in the first paragraph of this document.

12. This Court shall retain jurisdiction to construe, interpret, implement and enforce this Consent Judgment And Permanent Injunction upon the application of any party.

Dated: October 27, 2000

UNITED STATES DISTRICT JUDGE

DRG hereby consents to the entry of the foregoing judgment and permanent injunction, and waives any right to appeal:

Doctors Research Group, Inc.

By: ________________________

Name: Richard Doslarian
Title: President
Dated: ~~September~~ October 5, 2000

APPROVED AS TO FORM AND CONTENT:

For Plaintiff:

Dated: October 24, 2000

FISH & RICHARDSON P.C., P.A.

By: ________________________
Stephen R. Schaefer MN 255154

For Defendant:

Dated: October 6, 2000

LEONARD, STREET AND DEINARD

By: ________________________
Nicole A. Engisch