# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Minnesota Mining and
Manufacturing Company

Plaintiff

v.

Doctor's Research Group, Inc.

Defendants

Case No. Civil 00-1493 JMR/FLN

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that final judgment in favor of 3M Company and against DRG.

DATE: October 31, 2000

FRANCIS E. DOSAL, CLERK

Victoria Moralez

Victoria Moralez, Deputy Clerk

11